

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,419-01

### EX PARTE DOMINIQUE REED, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2011CR0009-W1 IN THE 290TH DISTRICT COURT FROM BEXAR COUNTY

*Per curiam*. YEARY, J. did not participate.

### O P I N I O N

Applicant was convicted of murder and sentenced to life imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. He filed a notice of appeal, but the appeal was dismissed for want of jurisdiction. *Reed v. State*, No. 04-15-00171-CR (Tex. App.—San Antonio May 27, 2015)(not designated for publication).

Applicant contends that he was denied his right to an appeal his sentence because appellate counsel erroneously informed the appellate court that this was a plea bargain case and Applicant had no right to appeal. While Applicant pleaded guilty to the offense, there was no agreement as to punishment because he pled open to the trial court. He therefore should have been allowed to appeal

any potential sentencing issues.

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98 S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of his sentence in cause number 2011CR0009 from the 290th District Court of Bexar County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Applicant's remaining claims are dismissed. *Ex Parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997). Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 7, 2024
Do not publish